E-filing

Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ROXANNE HENDRIX, <br><br> PLAINTIFF, <br><br> v. <br><br> C. WILSON, INDIVIDUALLY, AND IN HIS CAPACITY AS AN EMPLOYEE OF BAY AREA RAPID TRANSIT DISTRICT, BAY AREA RAPID TRANSIT DISTRICT, AND DOES 1-10, PEACE OFFICERS WHOSE NAMES ARE UNKNOWN, <br><br> DEFENDANT. | CIVIL NO: C07-04... <br><br> PETITION FOR GUARDIAN AD LITEM ORDER |

Petitioner respectfully represents:

1. Petitioner, whose address and telephone number are Petitioner Roxanne Hendrix [x] is related to the minor in the following manner [x] parent, [] brother/sister, [] grandparent, [] aunt/uncle, [] cousin.

[] is not related to the minor.

3. The minor was born on <u>William Odom, age 16, born October 9, 1990.</u>

**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**         - 1 -

4. The minor has a cause of action against the above-named defendant(s) on which a suit should be brought in this court. The cause of action arises out of the following facts: The Bay Area Rapid Transit Officer, C. Wilson detained plaintiff, a minor, for an alleged fare evasion, he punched plaintiff several times, including twice in the face, handcuffed plaintiff and continued to strike him while he was in handcuffs.

5. The minor has no guardian or conservator of his/her estate.

6. The minor cannot bring this action in his or her name without a guardian ad litem because the he/she is a minor.

7. Petitioner is fully competent to understand and qualified to protect the rights of the minor. Petitioner is willing to serve as the guardian ad litem for the minor and has no interest adverse to that of the minor.

WHEREFORE, petitioner prays that Roxanne Hendrix be appointed guardian ad litem for William Odom, a minor, to prosecute the above-described cause of action on behalf of said minors and for such other and further relief as the court deems proper.

## VERIFICATION

I am the petitioner in the above-entitled cause of action. I have read the foregoing petition and know the contents thereof. The same is true of my own knowledge, except as to matters where are therein represented on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed in Oakland, California on the date set forth below.

Date: 8-16-07

Roxanne Hendrix

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM        - 2 -

## CONSENT OF NOMINEE

I, Roxanne Hendrix, the nominee of petitioner in the above petition, consent to serve as guardian ad litem for William Odom and to prosecute the above entitled cause of action on his/her behalf.

Dated: 8-16-07

_Roxanne Hendrix_ (signature)
Roxanne Hendrix

## CONSENT OF MINOR

I, William Odom, the minor for whom a guardian ad litem is sought in the above petition. I am at least 14 years of age. I consent to the appointment of Roxanne Hendrix to serve as guardian ad litem for me in the above-described cause of action.

Dated: 8-16-07

_William Odom Jr._ (signature)
William Odom

## ORDER

The Court finds:

1. Petitioner [x] is [] is not related to the minor named in the petition for guardian ad litem.

2. The minor was born on October 9, 1990 and is 16 years of age.

3. This court having read the petition for guardian ad litem orders the following:

4. This court appoints petitioner, Roxanne Hendrix, Parent of William Odom, to serve as the guardian ad litem for the minor in the above cause of action and is fully competent to understand and protect the rights of the minor and has no interest adverse to that of the minor.

\\\
\\\

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM      - 3 -

1 | IT IS SO ORDERED.
2 | Dated: 10/4/07

JUDGE,
UNITED STATES DISTRICT COURT

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM        - 4 -