OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

October 9, 2007

Wayne Johnson
Attorney at Law
P.O. Box 19157
Oakland, CA 94619

    Re:    William Odom -v- C. Wilson, et al.
             C 07-4992 EMC

Dear Counsel,

    An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

    To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please provide the address of each listed defendant in the space provided below and return this information to our office as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:    Sheila L. Rash
Case Systems Administrator

| **Defendant** | **Mailing Address** |
|---|---|
| C. Wilson | |
| Bay Area Rapid Transit | |