UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

William Odom, A Minor, By and
Through, Roxanne Hendrix, Guardian
          Plaintiff(s),

v.

C. Wilson, Et Al.,

          Defendant(s).

Case No. C07-04992

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10-23-07

                                Roxanne Hendrix
                                [Party]

Dated: 10/23/07

                                Wayne Johnson
                                [Counsel]