```
PETER P. EDRINGTON, ESQ. (Bar No. 074355)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Ste 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300

Attorney for Defendants, C. WILSON
and BAY AREA RAPID TRANSIT DISTRICT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, a minor, by and through his Guardian ad Litem, Roxanne Hendrix,<br><br>      Plaintiff,<br><br>v.<br><br>C. WILSON, individually, and in his capacity as an employee of Bay Area Rapid Transit District; BAY AREA RAPID TRANSIT DISTRICT, AND DOES 1-10; PEACE OFFICERS WHOSE NAMES ARE UNKNOWN,<br><br>      Defendants. | CASE NO.: C 07-04992 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this

//

//

1

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1  case to a United States District Judge.

2  DATED: December 13, 2007                    EDRINGTON, SCHIRMER & MURPHY

3

4                                        By_____
                                              Peter P. Edrington, Esq.
                                              Attorney for Defendants
5                                             C. WILSON and BAY AREA RAPID
                                                   TRANSIT DISTRICT