```
1  PETER P. EDRINGTON, ESQ. (Bar No. 074355)
   EDRINGTON, SCHIRMER & MURPHY
2  2300 Contra Costa Blvd., Ste 450
   Pleasant Hill, CA  94523
3  Telephone:  (925) 827-3300
   Facsimile:  (925) 827-3320
4

5  Attorney for Defendants, C. WILSON
   and BAY AREA RAPID TRANSIT DISTRICT
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM ODOM, a minor, by and   ) CASE NO.: C 07-04992 EMC
   through his Guardian ad Litem,  )
12 Roxanne Hendrix,                )
                                   )
13        Plaintiff,               )
                                   )
14 v.                              )
                                   )
15 C. WILSON, individually, and    ) STIPULATION AND ORDER
   in his capacity as an employee  ) EXTENDING TIME FOR DEFENDANTS
16 of Bay Area Rapid Transit       ) TO RESPOND TO PLAINTIFF'S
   District; BAY AREA RAPID        ) COMPLAINT
17 TRANSIT DISTRICT, AND DOES 1-   )
   10; PEACE OFFICERS WHOSE NAMES  )
18 ARE UNKNOWN,                    )
                                   )
19        Defendants.              )
                                   )
20 ─────────────────────────────────
```

21      The parties, by and through their respective attorneys of

22 record, hereby stipulate and agree that defendant BAY AREA RAPID

23 TRANSIT and OFFICER C. WILSON, may have an extension up to and

24 //

25 //

26 //

27 //

28 //

Stipulation Re Filing of Answer        1

including January 2, 2008 in which to respond to plaintiff's Complaint.

DATED: December 13, 2007         EDRINGTON, SCHIRMER & MURPHY

                                 By _____
                                    Peter P. Edrington, Esq.
                                    Attorney for Defendants, BAY
                                    AREA RAPID TRANSIT DISTRICT and
                                    OFFICER C. WILSON


DATED: December 13, 2007         LAW OFFICES OF WAYNE JOHNSON


                                 By_____
                                     Wayne Johnson, Esq.
                                     Attorney for Plaintiff



**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendants will have up to and including January 2, 2008 in which to respond to plaintiff's Complaint.

DATED: December____, 2007
_____
                                 The Honorable Edward M. Chen
                                 U.S. District Magistrate Judge

Stipulation Re Filing of Answer         2