UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: January 28, 2008

**Case No:** C 07-04992 TEH

**Case Title**: WILLIAM ODOM v. C. WILSON

**Appearances:**

    For Plaintiff(s): Wayne Johnson

    For Defendant(s): Peter Edrington

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 03/10/08 at 1:30 PM for Further CMC**

### SUMMARY

- The Court orders the defendants to produce all documents in their possession within 30 days.
- A magistrate judge for settlement shall be selected at the next hearing.
- Parties shall file a joint CMC statement 5 days prior to the next hearing.