```
1  PETER P. EDRINGTON, ESQ. (Bar No. 074355)
   EDRINGTON, SCHIRMER & MURPHY
2  2300 Contra Costa Blvd., Ste 450
   Pleasant Hill, CA  94523
3  Telephone:  (925) 827-3300
   Facsimile:  (925) 827-3320
4

5  Attorney for Defendants, C. WILSON
   and BAY AREA RAPID TRANSIT DISTRICT
6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM ODOM, a minor, by and    )  CASE NO.: C 07-04992 TEH
   through his Guardian ad Litem,   )
12 Roxanne Hendrix,                 )
                                    )
13          Plaintiff,              )
                                    )  SUBSTITUTION OF ATTORNEYS FOR
14 v.                               )  DEFENDANT  OFFICER C. WILSON
                                    )
15 C. WILSON, individually, and     )
   in his capacity as an employee   )
16 of Bay Area Rapid Transit        )
   District; BAY AREA RAPID         )
17 TRANSIT DISTRICT, AND DOES 1-    )
   10; PEACE OFFICERS WHOSE NAMES   )
18 ARE UNKNOWN,                     )
                                    )
19          Defendants.             )
                                    )
20 _____

21     Peter P. Edrington of the Law Offices of Edrington, Schirmer
22 & Murphy presently represents all defendants in this action.
23     At this time defendant Wilson seeks an order approving the
24 substitution of Dale L. Allen, Low, Ball & Lynch, 505 Montgomery
25 Street, 7th Floor, San Francisco, CA 94111-2584 in place of Peter
26 P. Edrington, Esq. to represent defendant Officer C. Wilson only.
27     At the present time defendant Wilson is not scheduled for
28 deposition.
```

1

SUBSTITUTION OF ATTORNEYS

1   The requested substitution will cause no prejudice to any
2   party to this action.
3   It is requested that the substitution of attorneys as
4   described above be approved by the court.

6   Dated: January 17, 2008            Respectfully submitted,

                                       Edrington, Schirmer & Murphy

                                       /s/ Peter P. Edrington
                                       Peter P. Edrington, Esq.

11  I join in this request and agree to represent defendant
12  Officer C. Wilson in this action.
13  Dated: January ___, 2008           LOW, BALL & LYNCH
    Feb 25 2008

                                       /s/ Dale L. Allen
                                       Dale L. Allen, Esq.

17  I join in this request.
18  Dated: January ___, 2008

                                       /s/ Officer C. Wilson  02-29-08
                                       Officer C. Wilson

22  IT IS SO ORDERED.
23  Dated: _____

                                       _____
                                       The Honorable Thelton Henderson
                                       United States District Judge

2
SUBSTITUTION OF ATTORNEYS