```
1   PETER P. EDRINGTON, ESQ. (Bar No. 074355)
    EDRINGTON, SCHIRMER & MURPHY
2   2300 Contra Costa Blvd., Ste 450
    Pleasant Hill, CA  94523
3   Telephone:  (925) 827-3300
    Facsimile:  (925) 827-3320
4

5   Attorney for Defendants, C. WILSON
    and BAY AREA RAPID TRANSIT DISTRICT
6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| WILLIAM ODOM, a minor, by and through his Guardian ad Litem, Roxanne Hendrix,<br><br>            Plaintiff,<br><br>v.<br><br>C. WILSON, individually, and in his capacity as an employee of Bay Area Rapid Transit District; BAY AREA RAPID TRANSIT DISTRICT, AND DOES 1-10; PEACE OFFICERS WHOSE NAMES ARE UNKNOWN,<br><br>            Defendants. | CASE NO.: C 07-04992 TEH<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT OFFICER C. WILSON** |

   Peter P. Edrington of the Law Offices of Edrington, Schirmer & Murphy presently represents all defendants in this action.

   At this time defendant Wilson seeks an order approving the substitution of Dale L. Allen, Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, CA 94111-2584 in place of Peter P. Edrington, Esq. to represent defendant Officer C. Wilson only.

   At the present time defendant Wilson is not scheduled for deposition.

---

1

SUBSTITUTION OF ATTORNEYS

1  The requested substitution will cause no prejudice to any
2  party to this action.
3  It is requested that the substitution of attorneys as
4  described above be approved by the court.

6  Dated: January 17, 2008          Respectfully submitted,
7                                    Edrington, Schirmer & Murphy

                                    *(signature)*
                                    _____
                                    Peter P. Edrington, Esq.

11  I join in this request and agree to represent defendant
12  Officer C. Wilson in this action.
13  Dated: January ___, 2008         LOW, BALL & LYNCH
14         Feb 25 2008

                                    *(signature)*
                                    _____
                                    Dale L. Allen, Esq.

17  I join in this request.
18  Dated: January ___, 2008

                                    *(signature)* 02-29-08
                                    _____
                                    Officer C. Wilson

22  IT IS SO ORDERED.
23  Dated:  03/04/08

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signature of Judge Thelton E. Henderson)*

_____
Thelton E. Henderson
District Judge

2
SUBSTITUTION OF ATTORNEYS