UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** Thelton E. Henderson

**Date**: March 10, 2008

**Case No:** C 07-04992 TEH

**Case Title**: WILLIAM ODOM v. C. WILSON

**Appearances:**

    For Plaintiff(s): Wayne Johnson

    For Defendant(s): Peter Edrington, Dale Allen

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: not reported

### PROCEEDINGS

1. Case Management Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Monday, 07/07/08 at 1:30 PM for Further CMC**

### SUMMARY

- This matter is referred to Magistrate Judge James for settlement.
- Discovery is stayed pending meeting with Judge James.
- Parties shall file a joint CMC statement 7 days prior to the next hearing.


Cc: WH; BT