1  DALE L. ALLEN, JR. # 145279
   LOW, BALL & LYNCH
2  505 Montgomery Street, 7th Floor
   San Francisco, California 94111-2584
3  Telephone (415) 981-6630
   Facsimile (415) 982-1634
4
   Attorneys for Defendant
5  OFFICER C. WILSON

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM ODOM, A MINOR, BY AND        ) | Case No. C07-04992
   | THROUGH HIS GUARDIAN AD LITEM,       )
12 | ROXANNE HENDRIX,                     ) | NOTICE OF UNAVAILABILITY
   |                                      ) | OF COUNSEL
13 |                 Plaintiff,           )
   |                                      )
14 |        v.                            )
   |                                      )
15 | C WILSON, INDIVIDUALLY, AND IN HIS   )
   | CAPACITY AS AN EMPLOYEE OF BAY AREA  )
16 | RAPID TRANSIT DISTRICT, BAY AREA RAPID)
   | TRANSIT DISTRICT, AND DOES 1-10 PEACE )
17 | OFFICERS WHOSE NAMES ARE UNKNOWN,    )
   |                                      )
18 |                 Defendants.          )
   |                                      )
19

20       TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

21

22       PLEASE TAKE NOTICE that commencing on June 14, 2008 and continuing through June 30, 2008,

23  inclusive, Dale L. Allen, Jr., attorney for defendant OFFICER C. WILSON, will be on vacation and

24  unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding

25  to ex-parte applications, appearing in court, or appearing at depositions.

26

27  //

28  //

-1-
NOTICE OF UNAVAILABILITY OF COUNSEL

J:\1752\sf0203\D-NTC.UNAVAIL.wpd                                    U.S.D.C CASE NO. 3:07-cv-4992 TEH (MEJ)

1  Please be advised that purposefully scheduling a conflicting proceeding without good cause is
2  sanctionable conduct. See Tenderloin Housing Clinic vs. Sparks (1992) 8 Cal. App. 4th 299.

3

4  Dated: May 15, 2008                    LOW, BALL & LYNCH

5
                                          By    /s/ Dale L. Allen, Jr.
6                                              Dale L. Allen, Jr.
                                               Attorneys for Defendant
7                                              OFFICER C. WILSON

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28