**LOW, BALL & LYNCH**    ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

June 9, 2008

Magistrate Judge Maria-Elena James
United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
Courtroom B
San Francisco, CA 94102

      Re:    <u>William Odom vs C. Wilson, et al.</u>
             U.S. District Court/Northern District Case No. C07-04992 THE

Dear Judge James:

A Mandatory Settlement Conference has been scheduled with you on June 20, 2008. I am writing to request your permission to have my partner, Linda Meyer, appear in my stead at this Mandatory Settlement Conference. Though I am the lead trial attorney on this case, I had a long-planned and prepaid vacation to Ireland scheduled from June 14 through July 1, 2008. Due to great difficulty in coordinating schedules with plaintiff's counsel and Mr. Edrington, who is representing BARTD in this case, and your schedule, the June 20, 2008 date was kept, notwithstanding my conflicted schedule. Ms. Meyer is well versed in this case and will be in a position to represent the interests of Officer Wilson.

This is a somewhat unique situation in that BARTD decided to retain two attorneys, Mr. Edrington for BARTD, and myself for Officer Wilson, out of an abundance of caution over the appearance of any conflict in light of punitive damage allegations that were filed against Officer Wilson. A BARTD representative will be present and will be in a position to evaluate any settlement negotiation on behalf of both BARTD and Officer Wilson in the event resolution becomes possible.

I apologize for writing this letter at this late date, but we had maintained some hope that another date might become available, but unfortunately it has not happened. It has been understood with the other counsel in this case that in the event you will require my presence, we will have to ask the court to reschedule this matter into August.

J:\1752\sf0203\L-James-001.wpd

Magistrate Judge Maria-Elena James
United States District Court
Northern District of California
June 9, 2008
Page 2


Thank you for your consideration on this matter.

Very truly yours,

LOW, BALL & LYNCH

Dale L. Allen, Jr.

DLA/tes/kd

cc:  All Counsel