IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, | No. C 07-04992 TEH |
| Plaintiff, | **Clerk's Notice Rescheduling CMC** |
| v. | |
| C. WILSON, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Case Management Conference* previously set for 07/07/08 at 1:30 PM has been rescheduled for **Monday, 09/08/08** at **1:30 PM**, before the Honorable Thelton E. Henderson.  Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.   Not less than 7 days prior, counsel shall submit a joint case management conference statement.

Dated:   June 24, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
R. B. Espinosa
Deputy Clerk