Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, ET AL., | CIVIL NO.: C07 04992 TEH |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| C. WILSON, et al., | DATE:  September 22, 2008<br>TIME:   10:00 A.M.<br>CTRM:.12. 19th FL. |
| DEFENDANTS. | |

NOTICE IS GIVEN THAT on September 22, 2008, at 10:00 A.M. or as soon thereafter as the matter may be heard, in the United States District Court, Courtroom 12, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

This motion is made to substitute the Estate of Craig Wilson for named defendant C. Wilson, who died on June 28, 2008.

This motion is based upon Federal Rule 15(a)(s) of the Federal Rules of Court, plaintiff moves to Amend the complaint to substitute the The Estate of Craig Wilson for named defendant C. Wilson.

\\\

\\\

NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - **1** -

1 | DATED: August 11, 2008         LAW OFFICES OF WAYNE JOHNSON

_____
WAYNE JOHNSON
Attorneys for Plaintiffs

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California as follows:

I am at least eighteen (18) years of age.

[x]  I am a resident of the State of California, County of Alameda or [] other _____.

[ ]  I am employed in the State of California, County of Alameda or other _____.

[x]  I am a United States citizen.

On <u>August 11, 2008</u> I served the following documents <u>Plaintiffs' Motion for Leave To Amend Complaint</u> and supporting papers on [] plaintiff(s) [] petitioner(s) [] appellant(s) [] crosscomplainant(s) [] counter-claimant third-party plaintiff [x] defendant(s) [] respondent(s) [] cross-defendant(s) [] counter-defendant(s) [] third-party defendant [] other _____ by placing said documents in an envelope and depositing said envelope in the United States mail at <u>ALAMEDA</u> County with first class postage affixed addressed as follows:

[] Via Hand Delivery

Peter P. Edrington, Esq.
Edrington, Schirmer & Murphy
Pleasant Hill, CA 94523
2300 Contra Costa Blvd., Suite 450

Dale Long Allen Jr
Low Ball & Lynch
505 Montgomery St 7FL
San Francisco, CA 94111-2584

I certify that this declaration was executed on <u>August 11, 2008</u> in <u>ALAMEDA</u> County.

_____          _____
            (print)                                   (signature)

NOTICE OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - **3** -