Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, ET AL., | CIVIL NO.: C07 04992 TEH |
| Plaintiff, | ORDER RE: LEAVE TO FILE FIRST AMENDED COMPLAINT |
| v. | |
| C. WILSON, et al., | DATE: September 22, 2008<br>TIME: 10:00 A.M.<br>CTRM:.12. 19th FL. |
| DEFENDANTS. | |

Plaintiff's Notice of Motion is granted. Defendant has 20 days to file a responsive pleading.

IT IS SO ORDERED.

DATED: _____

_____
JUDGE UNITED STATES DISTRICT COURT

ORDER RE FIRST AMENDED COMPLAINT - **1** -