Wayne Johnson, SBN: 112588
Law Offices of Wayne Johnson
P.O. Box 19157
Oakland, CA 94619
(510) 451-1166

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, ET AL., | CIVIL NO.: C07 04992 TEH |
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S MOTION |
| v. | TO FILE FIRST AMENDED COMPLAINT |
| C. WILSON, et al., | DATE: September 22, 2008<br>TIME: 10:00 A.M.<br>CTRM:.12. 19th FL. |
| DEFENDANTS. | |

I, Wayne Johnson, declare as follows:

1. I am an attorney at law duly licensed to practice before this court and all California Courts of Competent jurisdiction and I am the attorney of record for Plaintiff herein.

2. On September 26, 2007, Plaintiff filed a civil rights Complaint against C. Wilson, a Bay Area Rapid Transit District police officer and the Bay Area Rapid Transit District.

3. In the Complaint, Plaintiff alleged that C. Wilson, assaulted him, a minor, for no legal reason.

4. On June 28, 2008, Craig. Wilson died in an airplane accident. At that time, attorneys for defendants confirmed that Craig Wilson and Defendant, C. Wilson are one and the same.

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
- 1 -

5.    Under law, Plaintiff is required to substitute the Estate of C. Wilson, for the Defendant C. Wilson.

6.    This motion is made to substitute the Estate of Craig Wilson for named defendant C. Wilson, who died on June 28, 2008.

7.    I am informed and believe, and I allege on information and belief that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 11, 2008        LAW OFFICES OF WAYNE JOHNSON

_____
WAYNE JOHNSON
Attorneys for Plaintiffs

DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
- 2 -