```
WAYNE JOHNSON, 112588
LAW OFFICES OF WAYNE JOHNSON
P. O. Box 19157
Oakland, CA 94619
(510) 451-1166
```

Attorney for Lawrence Marbley

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, A MINOR, | NO. C 07- 04992 |
| v. | **RE-NOTICE OF MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| C. WILSON, ET AL., | Date: OCTOBER 6, 2008<br>Time: 10:00 A.M.<br>CTRM: 12, 19TH FL. |
| _____/ | |

TO: THE DEFENDANTS AND ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT above notice of motion for leave to file a First Amended Complaint, currently set for September 22, 2008, at 10:00 A.M. is re-scheduled and continued to October 6, 2008, at 10:00 A.M.

This re-notice of motion is made because the court informed counsel that October 6, 2008, at 10:00 A.M. is the first available date.

Dated: _____

                                                _____
                                                WAYNE JOHNSON
                                                ATTORNEY FOR DEFENDANT

RE-NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT

DECLARATION OF SERVICE

No. C 07-04992

The undersigned deposes and says:

That I am a citizen of the United States of America and a resident of Alameda County; that I am over the age of eighteen (18) and not a party to this action.

On AUGUST 12, 2008, I served a true copy of the RE-NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT on each of the following:

Pete Edrington
Edrington, Schirmer & Murphy
2300 Contra Costa Boulevard
Pleasant Hill, CA 94523

Dale Allen
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111

[ ] by personal delivery to each of the above-listed addresses.

[x] by depositing the documents in the United States Mail, addressed as above in Alameda County, State of California, first class postage affixed thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: August 12, 2008

_Wayne Johnson_          _____
     Print                       Signature

RE-NOTICE OF MOTION FOR LEAVE TO AMEND COMPLAINT

2