Total Time (Hrs): **3 min**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE:** August 13, 2008
**TITLE:** Odom -v- Wilson                                    **CASE #:** C-07-4992 TEH

### APPEARANCES:

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Wayne Johnson | Dale L. Allen, Jr. |
|  | Peter P. Edrington |

**Deputy Clerk:** Brenda Tolbert                              **FTR:** 1:29 1:32

### PROCEEDINGS:

- ____ Case Management
- ____ Further Case Management
- ____ Status Conference
- ____ Pretrial Conference
- __X__ Settlement Conference (Length: 1.5 Hr/s.)
- ____ Evidentiary Hearing
- ____ Examination of Judgment Debtor
- ____ Motions
- ____ Other:

### ORDER/RESULTS:

Settlement Conference Held.   Case Settled.

**Case Continued To:** _____   **For:** _____
**Case Referred To:** _____    **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda,  Other: