Total Time (Hrs): **3 .5**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

## AMENDED
## CIVIL MINUTE ORDER

**DATE:** August 13, 2008
**TITLE:** Odom -v- Wilson                                        **CASE #:** C-07-4992 TEH

**APPEARANCES:**

**FOR PLAINTIFF:**                                                **FOR DEFENDANT:**

Wayne Johnson                                                     Dale L. Allen, Jr.
                                                                  Peter P. Edrington

**Deputy Clerk:** Brenda Tolbert                                  **FTR:** 1:29 1:32

**PROCEEDINGS:**

____ Case Management
____ Further Case Management
____ Status Conference
____ Pretrial Conference
__X__ Settlement Conference (Length: 3.5 Hr/s.)
____ Evidentiary Hearing
____ Examination of Judgment Debtor
____ Motions
____ Other:

**ORDER/RESULTS:**

    **Settlement Conference Held.   Case Settled.**

**Case Continued To:** _____  **For:** _____
**Case Referred To:** _____   **For:** _____

**ORDER TO BE PREPARED BY:**

cc: Chambers File, Chris, Brenda, Other: