1 PETER P. EDRINGTON, ESQ. (Bar No. 074355)
  EDRINGTON, SCHIRMER & MURPHY
2 2300 Contra Costa Blvd., Ste 450
  Pleasant Hill, CA  94523
3 Telephone:  (925) 827-3300

4 Attorney for Defendants, C. WILSON
  and BAY AREA RAPID TRANSIT DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ODOM, a minor, by and through his Guardian ad Litem, Roxanne Hendrix,<br><br>    Plaintiff,<br><br>v.<br><br>C. WILSON, individually, and in his capacity as an employee of Bay Area Rapid Transit District; BAY AREA RAPID TRANSIT DISTRICT, AND DOES 1-10; PEACE OFFICERS WHOSE NAMES ARE UNKNOWN,<br><br>    Defendants. | CASE NO.: C 07-04992 TEH<br><br>**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND ~~[PROPOSED]~~ ORDER** |

WHEREAS all parties to his action, namely, Plaintiff, WILLIAM ODOM and Defendants C. WILSON and BAY AREA RAPID TRANSIT DISTRICT (the "Settling Parties"), have reached a mutual and amicable settlement and have entered into a separate agreement for settlement of this action, the terms of which are set forth in writing in the "Settlement Agreement and Full Release of all

1
STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER

Claims" ("the Settlement Agreement"), to fully and finally resolve all matters relating to this action without trial;

WHEREAS the Settlement Agreement covers all the claims in this action;

WHEREAS the Settling Parties agree to pay their own attorney's fees and costs;

WHEREAS there are no further issues for the Court to resolve; and

WHEREAS the Settling Parties have agreed that the Court should retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement,

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. This action, including each of Plaintiff's causes of action set out in Plaintiff's Complaint, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

2. The Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement.

SO STIPULATED.

DATED: Nov. 25, 2008

By ___Wayne Johns___
WAYNE JOHNSON, ESQ.
Attorney for Plaintiff,
WILLIAM ODOM

//

1  DATED: Nov 24, 2008

3  By _____
4      PETER P. EDRINGTON, ESQ.
       Attorneys for Defendants
5      C. WILSON and BAY AREA RAPID
       TRANSIT DISTRICT

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9  DATED:  12/01/08

11 By _____
            Judge Thelton E. Henderson

3
STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER